IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| ISAAC T. EDWARDS, | : | CIVIL ACTION |
|---|---|---|
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-4638 |
| | : | |
| RAYMOND J. SOBINA, et al, | : | |
| Defendants | : | |

# O R D E R

**STENGEL, J.**

AND NOW, this 16th day of February, 2010, upon consideration of the Respondents' motion to dismiss (Document # 2) and after careful and independent review of the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey, to which no objections were filed, IT IS HEREBY **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's motion to dismiss is **GRANTED** and the plaintiff's petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED AS MOOT**;

3. There is no probable cause to issue a certificate of appealability;

4. The Clerk of the Court shall mark this case closed for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.